**Appeal Dismissed and Memorandum Opinion filed February 23, 2021.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-20-00802-CV**

---

**AARON  ELIZALDE, Appellant**

**V.**

**JORGE ISAAC RAMIREZ, Appellee**

---

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2020-43079**

---

**MEMORANDUM  OPINION**

This is an appeal from a protective order signed December 4, 2020. Tex. Fam. Code Ann. § 81.009. The notice of appeal was filed November 30, 2020. Tex. R. App. P. 27.1 (prematurely filed notice of appeal). To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On January 26, 2020, this court ordered appellant to pay the appellate filing fee on or before February 5, 2020 or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Wilson.